IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PEPE WILSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 11-7345 |
| KENNETH R. CAMERON, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 11 day of Feb, 2013, upon independent consideration of the Petition for Writ of Habeas Corpus (Dkt. No. 1), the Response to Petition for Writ of Habeas Corpus (Dkt. No. 22), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 31, 2012, [no objections thereto,] IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.